Mr Christopher Scott D'Angin
**Name**

118 Calle Posito

Bernalillo

**Address**

NM 87004

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 2 0 2026

MITCHELL R. ELFERS
CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

MR. Christopher Scott D'Angin **Plaintiff**
(Full Name)

V.

Donald Trump Admin , **Defendant(s)**

APD

CASE NO. **26 cv 107 SCY**

(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.§1983

## A.  JURISDICTION

1) Mr Christopher Scott D'Angin , is a citizen of Bernalillo NM Albqnm
(Plaintiff)                                                           ( State )

who presently resides at 87004

1811 Calle Posito
(Mailing address or place of confinement)

2)  Defendant Donald Trump APD is a citizen of
(Name of first defendant)

Washington DC Maryland , and is employed as
(City, State)

. At the time the claim(s)

( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state law?

Yes ☒    No ☐    If your answer is "Yes", briefly explain:

CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant _____APD_____ is a citizen of
(Name of second defendant)
_____ABQ Nm ?33 lomas Blvd._____ , and is employed as
(City, State)
_____officer_____ · At the time the claim(s)
(Position and title, if any)
alleged in this complaint arose, was this defendant acting under color of state.
Yes ☑   No ☐    If your answer is "Yes", briefly explain:

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.) DVAL office to Bo Run By Bhodes under gol Indivible End Jck for libvty JLystlck for All

## B.  NATURE OF THE CASE

1) Briefly state the background of your case. I was an Exhible And got of the Bus And told APD. I had a Fo2. Prohmmny FnJletmek. Which tump Sort Rovgtz officers to try And full ME Arrott mo And Round RNFd Mo I will hvm Impovchol for §Tz 13th viblutwn of USA conststfutmn and ExRllol from the wildomey of north Amorva And tokesn to tho phmatwn And hangves es-Fon Tevony of ntohvtty and as3oty Slabzel to mrg fhicks so wmll sfyrsoosnoth Nyp

## C.  CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)  Count I: *[handwritten, illegible] Illegal Representation of our flag and Racial Profiling Purgory / communist military And treason to our ying yang Plus dignity / spy / study / Hate Bhants Att. to defraud our 8th 13th US Amendment viol*

(2)  Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing leagl authority or argument.)

*[handwritten, largely illegible] Upon further info gov has first Amendment was violated And impounthol dute to poisey Invades white Hw office. Att. to Racially slutte los you, yest support communist And Disunty our Reporting Att. slavery Emanat Apatu Proclamation / military And Treason to the Republic for which it stands of USA with communist agenda of Racial hate white totalism.*

B)(1)  Count II: *[handwritten] false Arrest of me on 1/16/~~xx~~ 2026 using Apd To violate my civil Rights By Bing in a bigot office which built ICE And distorts our similar $#$*
*Reporting*

(2)  Supporting Facts: *[handwritten] I was ~~stopped~~ Stopped By Apd. 15 officers stuty I ~~had~~ on gun And ~~arrest~~ without probably cause hand cuffed me And Theft violated my 8th Amendment Causing Serious Injury 8th And Illegal Detainment 13th US Amendmt.*

C)(1) Count III: Trump was Impeached in poor Elections A human Pilgrim And shouldn't have taken office on votes of $work human Rights/civil Rights violations of us citizens Voter Smbling

(2) Supporting Facts: I was told By Around 15 officers on central Ave unm That A gun was In my Possession Personal property But I have no gun And was told to got on my knees crossing legs. And warned them of a Pol. Pre. Injuncture. legislativly own The Royte Admitioal Judfudly

D) **PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF**

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☑ No ☐    If your answer is "YES", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit.

        Plaintiffs: _Rio Rancho ~~Pol~~ MYSOIC_

        Defendants: _Rio Rancho Poln Mental Health Ltho_

    b) Name of court and docket number: _Rosarane_

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _Awarded_

    d) Issues raised: _8th 13th 14th A Constitutional violations By Injury hutve crme If I byd Robozotuha and muring And hocarse to us lttmn_

e) Approximate date of filing lawsuit: _1/20/2026_____

f) Approximate date of disposition: _1/20/2026_____

2) I have previously sought informal or formal releif from the appropriate administrative officials regarding the acts complained of in Part C. Yes ☑ No ☐    If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No," briefly explain why administrative relief was not sought. _I vote All Black And The_

_I impeach most under my Amendment for frank Franklyn And Aniah And Justice to Return Oval office Atrol vinna/ H will chisln Wicks And Johson family to take u for Fed_

## E.  REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: _5 million dollars Fort I was_

_Told to got my Abuses And hand Cuffed with No Probable cause, changed vonture to Massure Lawbry My H/M Fe crime, 8th 13th US C Amendment ultiling Amard dij Restrotion Preliminary Injunctire compensatory And punitive damages Pain and suffering relief And Rosard US dollars 5 mill._

_PN Se_
_____
**Signature of Attorney (if any)**

_____
**Signature of Petitioner**

Attorney's full address and telephone number. (505)377-9037 (516)379-0756 (702)363-5379
(678)770 7934 (678)

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. Sec. 1746.  18 U.S.C. Sec. 1621.

Executed at _____  on _____ 20___
                          (Location)                                           (Date)

                                  _____
                                              (Signature)

XE-2   2/78                                    - 6 -