IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CHRISTOPHER SCOTT DANGIM,

      Plaintiff,

v.                                                                                                    No. 1:26-cv-00107-WJ-SCY

DONALD J. TRUMP and
FNU LNU APD OFFICERS,

      Defendants.

**MEMORANDUM OPINION AND ORDER OF DISMISSAL**

      **THIS MATTER** comes before the Court on *pro se* Plaintiff's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, Doc. 1, filed January 20, 2026 ("Complaint"), and Plaintiff's Motion for Change of Venue, Doc. 8, filed January 26, 2026.

      United States Magistrate Judge Steven C. Yarbrough notified Plaintiff that the Complaint does not provide sufficient notice to Defendants for preparing a defense and does not provide sufficient clarity for the Court to adjudicate the merits of this case because many of Plaintiff's handwritten statements in the Complaint are illegible. *See* Order for Amended Complaint, Doc. 5, filed January 21, 2026. Judge Yarbrough ordered Plaintiff to file an amended complaint and notified Plaintiff that failure to timely file a legible amended complaint may result in dismissal of this case. *See* Order for Amended Complaint at 5. Plaintiff did not file an amended complaint by the February 11, 2026, deadline.

      The Court dismisses this case without prejudice because Plaintiff has not complied with Judge Yarbrough's Order to file an amended complaint. *See* Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action"); *Gustafson v. Luke*, 696 Fed.Appx. 352, 354 (10th Cir. 2017) ("Although the language

2

of Rule 41(b) requires that the defendant file a motion to dismiss, the Rule has long been interpreted to permit courts to dismiss actions sua sponte for a plaintiff's failure to prosecute or comply with the rules of civil procedure or court's orders.") (quoting *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003)).  The Court denies Plaintiff's Motion for Change of Venue because the Court is dismissing this case.

**IT IS ORDERED** that:

(i)     This case is **DISMISSED without prejudice.**

(ii)    Plaintiff's Motion for Change of Venue, Doc. 8, filed January 26, 2026, is **DENIED.**

/s/ _____
**WILLIAM P. JOHNSON**
**SENIOR UNITED STATES DISTRICT JUDGE**